# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIFFORD HARRIS,<br><br>    Defendant. | Case No: CR 07-0345 SBA<br><br>**ORDER**<br><br>Dkt. 36 |

On August 12, 2011, Defendant Clifford Harris filed a Motion for Appointment of Counsel in connection with a motion for modification of his sentence pursuant to 18 U.S.C. § 3582. Dkt. 36. However, Defendant has not filed his motion for modification, and therefore the Court is not able to assess the merits of Defendant's request for counsel. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motion for Appointment of Counsel is DENIED without prejudice to his right to renew the motion should he file a motion for modification of sentence under 18 U.S.C. § 3582.

IT IS SO ORDERED.

Dated: September 6, 2011

SAUNDRA BROWN ARMSTRONG
United States District Judge

```
 1 | UNITED STATES DISTRICT COURT
   | FOR THE
 2 | NORTHERN DISTRICT OF CALIFORNIA
 3 |
   | USA et al,
 4 |
   |           Plaintiff,
 5 |
   |   v.
 6 |
   | CLIFFORD HARRIS et al,
 7 |
   |           Defendant.
 8 | _____/
 9 |
   |                                    Case Number: CR07-00345 SBA
10 |
   |                                    **CERTIFICATE OF SERVICE**
11 |
12 | I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   | Court, Northern District of California.
13 |
   | That on September 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
14 | copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
   | said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15 | located in the Clerk's office.
16 |
   | **Clifford Harris** (1)
17 | 98213-111
   | FCI-Lompoc
18 | 3600 Guard Road
   | Lompoc, CA 93436-2705
19 |
   | Dated: September 7, 2011
20 |
   |                                    Richard W. Wieking, Clerk
21 |
   |                                    By: LISA R CLARK, Deputy Clerk
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```